

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIGUEL ESTEBAN SALINAS, | § | No. 08-19-00017-CR |
| Appellant, | § | Appeal from the |
| v. | § | 371st District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1524518D) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF FEBRUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.